# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS HENNESSEY,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CV230 |
| | ) | |
| V. | ) | |
| | ) | |
| **KELLOGG COMPANY,** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned suit was filed on August 7, 2014. To date, Plaintiff has not requested summons or served Defendant.

Accordingly,

**IT IS ORDERED** that by or before December 23, 2014, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this action without further notice.

**DATED December 9, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**