# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **THOMAS HENNESSEY,** | ) | **CASE NO. 8:14CV230** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **KELLOGG COMPANY,** | ) | |
| | ) | |
| **Defendant.** | )) | |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Gossett (Filing No. 4) in which he recommends that the action be dismissed for lack of prosecution. There are no objections to the Findings and Recommendation. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 4) are adopted; and

2. The Plaintiff's Complaint (Filing No. 1) is dismissed, without prejudice.

DATED this 25th day of February, 2015.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge